Kelly A. Evans
Nevada Bar No. 7691
Aaron D. Ford
Nevada Bar No. 7704
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kevans@swlaw.com
        aford@swlaw.com

Reed L. Russell
(will comply with LR IA 10-2 within 30 days)
Florida Bar No. 0184860
PHELPS DUNBAR LLP
100 South Ashley Drive
Suite 1900
Tampa, Florida 33602
Telephone: 813.472.7550
Facsimile: 813.472-7570
Email: reed.russell@phelps.com

*Attorneys for Defendant Laboratory Corporation of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEVIN JENKINS,

              Plaintiff,

vs.

LABORATORY CORPORATION OF
AMERICA, and DOES 1 through 10,

              Defendants.

Case No. 2:13-cv-00409-APG-(NJK)

**DEFENDANT LABORATORY
CORPORATION OF AMERICA'S
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
RESPONSE TO COMPLAINT**
(First Request)

Defendant Laboratory Corporation of America, Inc. ("Defendant" or "LabCorp"), by and through its undersigned counsel, respectfully request that this Court grant an extension of thirty (30) days, up to and including November 4, 2013, for LabCorp to file its response Plaintiff's Complaint. In support thereof, LabCorp states as follows:

        1.      On August 20, 2013, the Court filed *pro se* Plaintiff's Complaint for Damages. (Dkt. 5)

PD.10525215.1

2.      On or about September 13, 2013 Defendant was served with Plaintiff's Complaint. (Dkt. 7)

3.      Currently, Defendant's response to Plaintiff's Complaint is due on or before October 4, 2013.

4.      Counsel for Defendant was just retained on October 1, 2013.

5.      Counsel for Defendant has contacted the Plaintiff and Plaintiff has agreed to a 30-day extension of time to respond to the Complaint making the response due November 4, 2013.

6.      LabCorp respectfully requests an enlargement of time up to and including November 4, 2013 to file its response to Plaintiff's Complaint.

7.      This request is brought in good faith and not for purposes of delay.

Dated:  October 3, 2013                         SNELL & WILMER L.L.P.


By:   /s/ Kelly A. Evans
Kelly A. Evans
Aaron D. Ford
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169

PHELPS DUNBAR LLP
Reed L. Russell
(will comply with LR IA 10-2 within 30 days)
100 South Ashley Drive
Suite 1900
Tampa, Florida 33602

*Attorneys for Defendant Laboratory Corporation of America*

**IT IS SO ORDERED.**

Dated: _October 3, 2013_____

_____
UNITED STATES DISTRICT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200