# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN JENKINS, | Case No. 2:13-cv-0409-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| LABORATORY CORPORATION OF AMERICA et al, | |
| Defendants. | |

Plaintiff has filed a Notice of Voluntary Dismissal [Dkt. #20].  Defendant has filed a Response [Dkt. #21] objecting to Plaintiff's Notice.  Plaintiff shall file a Reply to the Response by Thursday, March 6, 2014, addressing the issues raised in the Response.

Dated:  February 20, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE