1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7

* * *

8

KEVIN JENKINS,

Case No. 2:13-cv-0409-APG-NJK

9

                              Plaintiff,

**ORDER**

10

v.

11

LABORATORY CORPORATION OF
AMERICA et al,

12
13

                              Defendants.

14
15
16

        Plaintiff has filed a Notice of Voluntary Dismissal [Dkt. #20].  Defendant has filed a

Response [Dkt. #21] objecting to Plaintiff's Notice.  Plaintiff shall file a Reply to the

17

Response by Thursday, March 6, 2014, addressing the issues raised in the Response.

18

        Dated:  February 20, 2014.

19
20

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28