1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

* * *

8

| | |
|---|---|
| KEVIN JENKINS, | Case No. 2:13-cv-0409-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| LABORATORY CORPORATION OF AMERICA et al, | |
| Defendants. | |

9
10
11
12
13
14
15

The Court has reviewed Plaintiff's Notice of Voluntary Dismissal [Dkt. #20], Defendant's Response to that Notice [Dkt. #21] and Plaintiff's Reply [Dkt #24].  Good cause appearing,

16
17
18

**IT IS HEREBY ORDERED** that this case is DISMISSED WITHOUT PREJUDICE, each side to bear its own fees and costs.

19

Dated:  March 7, 2014.

20
21

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28