1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

* * *

8

KEVIN JENKINS,                          Case No. 2:13-cv-0409-APG-NJK

9

                  Plaintiff,          **ORDER**

10

    v.

11

LABORATORY CORPORATION OF
AMERICA et al,

12

               Defendants.

13
14
15

    The Court has reviewed Plaintiff's Notice of Voluntary Dismissal [Dkt. #20],

16

Defendant's Response to that Notice [Dkt. #21] and Plaintiff's Reply [Dkt #24].   Good

17

cause appearing,

18

    **IT IS HEREBY ORDERED** that this case is DISMISSED WITHOUT PREJUDICE,

19

each side to bear its own fees and costs.

20

    Dated:  March 7, 2014.

21

                                   _____
                                  ANDREW P. GORDON
                                  UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28